■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE S. THOMPSON, Appellant. [749 NYS2d 756] —Appeal from

a judgment of Cattaraugus County Court (Himelein, J.), entered April 23, 2001, convicting defendant after a jury trial of, inter alia, felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him of driving while intoxicated as a D felony (Vehicle and Traffic Law § 1192 [3]; § 1193 [1] [c] [ii]) and failure to keep right (§ 1120 [a]), defendant contends that the arresting officer conducted an unreasonable search and seizure. That contention is not preserved for our review (*see* CPL 470.05 [2]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see* 470.15 [6] [a]). By failing to raise that contention before the suppression court, defendant effectively deprived the People of an opportunity to present proof with respect to it (*see People v Curtis,* 186 AD2d 994; *People v McNeil,* 132 AD2d 986, *lv denied* 70 NY2d 801). Contrary to defendant's contentions, the evidence is legally sufficient to support the conviction of driving while intoxicated (*see People v Everts,* 292 AD2d 820; *People v Thomas,* 280 AD2d 998; *People v Lee,* 275 AD2d 995, 996, *lv denied* 95 NY2d 966; *People v Saplin,* 122 AD2d 498, 498-499, *lv denied* 68 NY2d 817) and failure to keep right (*see People v Gabriel,* 248 AD2d 741, 742, *lv denied* 91 NY2d 941; *People v Hagmann,* 175 AD2d 502, 505; *see generally People v Bleakley,* 69 NY2d 490, 495). Nor was defendant deprived of effective assistance of counsel (*see generally People v Henry,* 95 NY2d 563, 565-566; *People v Benevento,* 91 NY2d 708, 712-713). Contrary to the further contentions of defendant, the sentence imposed by County Court was not the product of vindictiveness (*see People v Lewis,* 292 AD2d 814, 815, *lv denied* 98 NY2d 677, citing *People v Pena,* 50 NY2d 400, 411-412, *rearg denied* 51 NY2d 770, *cert denied* 449 US 1087; *People v Hardy,* 269 AD2d 771, *lv denied* 95 NY2d 835), nor is it unduly harsh or severe. Present— Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.